UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| JACK SMITH, et al., | |
| Plaintiffs, | Case No. 1:07-cv-356 |
| v. | Honorable Robert Holmes Bell |
| MICHIGAN DEPARTMENT OF CORRECTIONS, et al., | **JUDGMENT** |
| Defendants. | |

In accordance with the memorandum opinion issued this date:

IT IS ORDERED that plaintiff Smith's objections to the report and recommendation of the magistrate judge (docket # 6) be and hereby are OVERRULED and the report and recommendation of the magistrate judge (docket # 5) is ADOPTED as the opinion of the court.

IT IS FURTHER ORDERED that this action is DISMISSED pursuant to 28 U.S.C. § 1915A(b) and 42 U.S.C. § 1997(e)(c) on grounds of absolute immunity and for failure to state a claim upon which relief can be granted.

IT IS FURTHER ORDERED that plaintiffs' motion for a preliminary injunction and motion to certify plaintiffs as a class (docket #'s 3, 4) be and hereby are DISMISSED as moot.

IT IS FURTHER ORDERED that the court finds no good-faith basis for an appeal of this matter within the meaning of 28 U.S.C. § 1915(a)(3).

IT IS FURTHER ORDERED that dismissal of this action counts as a strike for purposes of 28 U.S.C. § 1915(g).

Date:   May 31, 2007               /s/ Robert Holmes Bell
                                   ROBERT HOLMES BELL
                                   CHIEF UNITED STATES DISTRICT JUDGE